Kathleen E. Bailey (State Bar No. 163574)
kbailey@clausen.com
Sheila M. Totorp (State Bar No. 221818)
stotorp@clausen.com
CLAUSEN MILLER P.C.
2040 Main Street, Suite 500
Irvine, CA. 92614
Telephone (949) 260-3100
Facsimile (949) 260-3190

Attorneys for Defendant,
NAVIGATORS SPECIALTY INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CARMEN SANCHEZ; ALBERTO ESQUIVEL; WALTER SANCHEZ; SELENA ESQUIVEL, <br><br> Plaintiff, <br><br> vs. <br><br> NAVIGATORS SPECIALTY INS CO and DOES 1 to 50, Inclusive, <br><br> Defendants. | CASE NO.: CV 12-00724 SVW (MANx) <br><br> **JUDGMENT** |

On July 6, 2012, Defendant Navigators Specialty Insurance Company's ("Navigators") Motion for Summary Judgment or, in the Alternative, Motion for Partial Summary Judgment was taken under submission by the Court, the Honorable Stephen V. Wilson, U.S. District Judge Presiding, pursuant to Fed. R. Civ. P. 78(b); Local Rule 7-15.  Having fully considered the evidence and argument presented by Navigators and by Plaintiffs Carmen Sanchez, Alberto Esquivel, Walter Sanchez and Selena Esquivel ("Plaintiffs"), the Court on July 24, 2012 issued an Order granting Navigators' motion for summary judgment.  Based thereon,

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs take nothing, that the action be dismissed on the merits, and that Defendant Navigators recover its costs.

DATED:  _August 22, 2012_____      _____

Stephen V. Wilson

United States District Judge

-2-